No. 84–5482.  WILSON, DBA HOLLY GROVE ESTATES v. WILSON ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 84–5511.  GOLDEN v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 84–5513.  WATSON v. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 5th Cir.  Certiorari denied.

No. 84–5516.  ALBRECHT v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 84–5521.  GREER v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 84–5522.  VICE v. SMITH, ATTORNEY GENERAL.  C. A. 7th Cir.  Certiorari denied.

No. 84–5531.  GERWITZ ET AL. v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 84–5536.  HOLLOWAY v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 84–5540.  GONZALES v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 84–5542.  LEVY v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 84–5544.  HERNANDEZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 84–5546.  WINGFIELD v. UNITED STATES POSTAL SERVICE.  C. A. Fed. Cir.  Certiorari denied.

No. 84–5549.  DEL PRADO-MONTERO v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 84–5550.  TORRES v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.